# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. NO. 17-00127-CG |
| ) | |
| JAMES DERRICK ROBERTSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Defendant's notice of appeal (Docs. 13, 14 & 15) from the Magistrate Judge's detention order pending trial. The Court has reviewed the record <u>de novo</u> by carefully reviewing the motion and memoranda in support, listening to the recording of the detention hearing held before the Magistrate Judge, and reviewing the pretrial services report. The Court agrees with the Magistrate Judge's assessment that there are no conditions which will reasonably assure the safety of the community as required, and that the defendant failed to rebut the presumption of detention in this case. Accordingly, the Order of the Magistrate Judge which detains the defendant pending trial is **AFFIRMED.**

**DONE and ORDERED** this 13th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE