IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DERRICK ROBERTSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. A. NO. 18-00539-CG |
| ) | CRIM. A. NO. 17-127-CG-MU |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 25th day of February, 2022.

        /s/Callie V. S. Granade
        SENIOR UNITED STATES DISTRICT JUDGE