IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES DERRICK ROBERTSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. A. NO. 18-00539-CG |
| | ) CRIM. A. NO. 17-127-CG-MU |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGEMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's motion to vacate, set aside or correct his sentence under § 2255 (Doc.100) is **DENIED**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 25th day of February, 2022.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE